## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Criminal Case No. 05-cr-00081-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARC B. WEISBERG,

    Defendant.

## ORDER DENYING MOTION FOR
## RECONSIDERATION OF DECEMBER 12, 2005 ORDER
## [DOCKET #124] DENYING MOTIONS TO SEAL

**Blackburn, J.**

The matter before me is defendant's **Motion for Reconsideration of December 12, 2005 Order [Docket #124] Denying Motions to Seal** [#125], filed December 12, 2005. By this motion, defendant represents that he inadvertently cited the court to D.C.Colo.LCrR. 17.2, governing the filing of *ex parte* CJA motions, when he actually meant to refer to D.C.Colo.LCrR. 47.2.[1] This clarification is imponderous. Regardless whether defendant complied with the requirements of Rule 47.2, he apparently missed the court's reference in its order denying his motions to seal to D.C.Colo.LCrR. 47.1A, which requires a showing of "compelling reasons" before the court may exercise its discretion to seal documents. The original motion failed to make such a showing. Because the present motion shows no more, it must be denied.

---

[1] Rule 47.2 outlines the procedures for properly filing documents under seal.

**THEREFORE, IT IS ORDERED** that defendant's **Motion for Reconsideration of December 12, 2005 Order [Docket #124] Denying Motions to Seal** [#125], filed December 12, 2005, is **DENIED**.

Dated December 13, 2005, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge