**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  05-CR-081-RB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARC B. WEISBERG,

    Defendant.

---

**SECOND TRIAL PREPARATION CONFERENCE AGENDA
(December 28, 2005)**

---

**Blackburn, J.**

    The second Trial Preparation Conference shall commence December 28, 2005, at 1:30 p.m. If not sooner or otherwise resolved, the court may consider the following motions and matters:

- As requested by the parties, the use of three (3) alternate jurors.

- Personnel and arrangements for reporting the record of the trial proceedings.

- Review of proposed voir dire examination questions.

- Consideration of **Government's Notice of Intent To Authenticate Business Records By Declaration Pursuant to Fed. R. Evid. 803(6) and 902(11)** [#114] (filed December 2, 2005) as supplemented.

- Consideration of **Government's Notice of Intent To Introduce Intrinsic**

>  **Evidence or in the Alternative, Notice of Intent To Introduce Evidence Pursuant to Fed. R. Evid. 404(b)** [#115] filed December 2, 2005, and **Defendant's Response to Government's Rule 404(b) Notice [Docket 115]** [#151] filed December 21, 2005.

- Consideration of **Government's Motion In Limine To Exclude Certain Evidence at Trial** [#112] filed December 2, 2005, and defendant's response [#150] filed December 21, 2005.

- Consideration of evidentiary issues raised by the parties' trial briefs or responses.

- Consideration of court's additional proposed jury instructions and verdict forms and parties' competing and non-stipulated jury instructions and verdict forms *pro tanto*.

Dated December 27, 2005, at Denver, Colorado.

> **BY THE COURT:**
>
> **s/ Robert E. Blackburn**
> **Robert E. Blackburn**
> **United States District Judge**